IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO.   14-540 |
| SILVER BUCKMAN (01) | : | |
| VINCENT FOXWORTH (02) | : | |
| CYNTHIA FOXWORTH (03) | : | |
| DANETTE THOMAS (04) | : | |
| BYRON WHITE (05) | : | |

### O R D E R

**AND NOW**, this   2nd   day of   October  , 2015, upon consideration of Government's Motion *in limine* to Admit Prior Testimony of Margaret Brock (ECF No. 142), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Government's Motion is **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**