IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 14-540 |
| SILVER BUCKMAN | : | |

# **O R D E R**

**AND NOW**, this 4th day of August, 2017, upon consideration of Defendant Silver Buckman's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (ECF No. 251), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**