IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SILVER BUCKMAN | : | NO. 14-540 |

**ORDER**

**AND NOW**, this 1st day of February, 2019, upon consideration of Defendant Silver Buckman's Motion for Release Pending Appeal (ECF No. 334), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

R. BARCLAY SURRICK, J.