IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 14-540-01 |
| SILVER BUCKMAN : | |

**O R D E R**

**AND NOW**, this 22nd day of July 2020, upon consideration of Silver Buckman's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF Nos. 401, 403), the Government's Response thereto (ECF No. 406), and all documents submitted in support thereof and in opposition thereto, and consistent with the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**